UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

NINA ANDERSON,

    Plaintiff,                                     CASE NO.

v.

DYNAMIC RECOVERY SERVICE, LLC,

    Defendant.
_____/

## PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, NINA ANDERSON ("Plaintiff"), by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, DYNAMIC RECOVERY SERVICE, LLC, ("Defendant"), alleges and affirmatively states as follows:

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the State of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person who resides in North Lauderdale, Broward County, Florida and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

6. Plaintiff is informed, believes, and thereon alleges, that Defendant is a national company with a business office in Homer, Michigan.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

8. Plaintiff is informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9. Defendant placed collection calls to Plaintiff seeking and demanding payment on an alleged credit card debt originally owed to HSBC. Upon information and belief, the alleged debt is ten years old and, therefore, barred by the statute of limitations.

10. Defendant called Plaintiff from 954-417-7296 at 954-267-2951.

11. On or about August 18, 2011, Defendant called Plaintiff and threatened to send her to the Internal Revenue Service (IRS) if she did not pay Defendant.

12. Defendant also told Plaintiff they knew what kind of car she drove in trying the collect the debt. Plaintiff felt scared and intimidated by Defendant stating that they knew what kind of car she drove.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

16. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

a) Defendant violated §1692e of the FDCPA by using false, deceptive, or misleading representation or means in connection with the debt collection.

b) Defendant violated §1692e(5) of the FDCPA by threatening to send Plaintiff to the IRS.

c) Defendant violated §1692e(10) of the FDCPA by using false representation or deceptive means to collect a debt.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

17. Statutory damages of $1,000.00 pursuant to the FDCPA, 15 U.S.C. 1692k;

18. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k; and

19. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By: /s/ Shireen Hormozdi
   Shireen Hormozdi
   Krohn & Moss, Ltd
   10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
   Phone: (323) 988-2400 ext. 267
   Fax:   (866) 802-0021
   Attorney for Plaintiff
   FBN: 0882461

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA)
COUNTY OF BROWARD)

Plaintiff, NINA ANDERSON, says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, NINA ANDERSON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 8/22/2011

_____
NINA ANDERSON
Plaintiff