UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

NINA ANDERSON,

    Plaintiff,                                                                              CASE NO. 11-cv-61959-JIC

v.

DYNAMIC RECOVERY SOLUTIONS, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

      NOW COMES the Plaintiff, NINA ANDERSON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

      Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                                      RESPECTFULLY SUBMITTED,

                                                  By:  /s/ Shireen Hormozdi
                                                        Shireen Hormozdi
                                                     Krohn & Moss, Ltd
                                                     10474 Santa Monica Blvd., Suite 401
                                                     Los Angeles, CA 90025
                                                     Phone:  (323) 988-2400 ext. 267
                                                     Fax:    (866) 802-0021
                                                     Attorney for Plaintiff
                                                     FBN: 0882461

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted by electronic mail to the following:

Pat Coleman

Dynamic Recovery Solutions, LLC

patc@gotodrs.com

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff